IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BIG SKY CHRISTIAN CENTER; HOLY GROUND, A Corporation Sole; and HARRIS D. HIMES;<br><br>    Plaintiffs,<br><br>  vs.<br><br>RAVALLI COUNTY, RAVALLI COUNTY BOARD OF COUNTY COMMISSIONERS, RAVALLI COUNTY BOARD OF HEALTH, and RAVALLI COUNTY ENVIRONMENTAL HEALTH DEPARTMENT.<br><br>    Defendants, | CV 26-55-M-KLD<br><br><br>ORDER |

Plaintiff has moved for an order allowing Adam G. Lang and Roman P. Storzer, to appear *pro hac vice* in this case with Quentin M. Rhoades designated as local counsel. (Docs. 11, 12) The applications of Mr. Lang and Mr. Storzer appear to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

1

Defendant's motions to allow Adam G. Lang and Roman P. Storzer to appear in this Court (Docs. 11, 12) are **GRANTED**, subject to the following conditions:

1.      Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Mr. Lang and Mr. Storzer must each do their own work. They must do their own writings, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.      Admission is personal to Mr. Lang and Mr. Storzer, not the law firm they work for;

4.      Mr. Lang and Mr. Storzer shall each take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.      Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Lang and Mr. Storzer must each file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the

2

terms set forth above.

DATED this 27th day of April, 2026.

Kathleen L. DeSoto
United States Magistrate Judge

3